IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARALYN FRIEDLY, Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>UNION BANK AND TRUST COMPANY,<br><br>Defendant. | 4:21CV3105<br><br>ORDER |

After conferring with counsel, and with their approval,

IT IS ORDERED:

1) Plaintiff's motion for conditional certification of an opt-in class shall be filed on or before September 3, 2021. No other case progression deadlines will be set at this time. Discovery is stayed pending further order of the court.

2) A conference to discuss the parties' interest in early settlement or a case progression schedule will be held with the undersigned magistrate judge on December 21, 2021 at **11:00 a.m.** The parties shall use the conferencing information assigned to this case to participate.

Dated this 2nd day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge