IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARALYN FRIEDLY, Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>UNION BANK AND TRUST COMPANY,<br><br>Defendant. | **4:21CV3105**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jennifer L. Ralph as counsel of record for Defendant, (Filing No. 23), is granted. Jennifer L. Ralph shall no longer receive electronic notice in this case.

Dated this 12th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge