IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARALYN FRIEDLY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 4:21-cv-3105 |
| Plaintiff, | ) ) ) | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT AGREEMENT** |
| v. | ) ) | |
| UNION BANK AND TRUST COMPANY, | ) ) | |
| Defendant. | ) | |

Plaintiff Caralyn Friedly and opt-in plaintiffs ("Plaintiffs"), and Defendant Union Bank and Trust Company ("Defendant") (collectively, "Parties"), by their respective counsel, jointly file this motion seeking Court approval of the settlement reached by the Parties, and show the Court as follows:

1. Plaintiff Caralyn Friedly, individually and on behalf of others similarly situated, filed a Complaint in this Court on May 19, 2021, against Defendant, seeking relief for unpaid overtime wages under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et. seq.* ("FLSA").

2. The Complaint alleges that: (1) Plaintiffs are entitled to the rights, protections and benefits provided under the FLSA; (2) Defendant failed to pay Plaintiffs for all hours worked and failed to include all forms of compensation, such as non-discretionary bonuses, in Plaintiffs' regular rate when calculating overtime pay as required by the FLSA; (3) Defendant's violations of the FLSA were committed knowingly, or with reckless disregard. *See* Complaint, ¶¶ 17–42.

3. Defendant denies that Plaintiffs were not compensated for all hours worked, that Defendant failed to calculate Plaintiffs' overtime premium accurately, or that

Defendant's alleged violations of the FLSA were committed knowingly or with reckless disregard.

4. To avoid the risks, unknowns, and costs of protracted litigation, the Parties negotiated the settlement of the claims in good faith and the proposed settlement is fair and reasonable for all Parties considering the nature of the claims asserted and in light of the possible defenses.

5. A copy of the Parties' settlement agreement ("Settlement Agreement") is attached hereto as Exhibit 1.

6. The Settlement Agreement was the product of arms-length negotiations by experienced counsel and has the salutary effect of (1) providing fair relief to the Plaintiffs, and (2) eliminating the risks both sides would bear if this litigation continued to resolution on the merits.

7. Plaintiffs, with the assistance of counsel, have knowingly and voluntarily agreed to the terms of the Settlement Agreement. Particularly, Plaintiffs are knowingly and voluntarily resolving any claim he may have under the FLSA.

8. The Settlement Agreement should be approved by this Court to avoid increasing expenses and fees and allow Plaintiffs to recover wages allegedly unpaid without the need for further litigation.

9. The Parties have filed a Joint Memorandum of Law to further aid in the Court's review of the Parties' Settlement Agreement, which is incorporated herein by reference.

WHEREFORE, the Parties jointly request that this Court approve the proposed Settlement Agreement and enter an order dismissing this action with prejudice.

Dated: July 22, 2022

CARALYN FRIEDLY, individually and on behalf of all others similarly situated, Plaintiffs

By: SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

By: /s/ Josh Sanford
Josh Sanford
Ark. Bar No. 2001037

and

UNION BANK AND TRUST COMPANY, Defendant

By: REMBOLT LUDTKE LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, NE 68508
(402) 475-5100

By: /s/ Mark A. Fahleson
Mark A. Fahleson (#19807)
mfahleson@remboltlawfirm.com
Tara Tesmer Paulson (#24454)
tpaulson@remboltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 22, 2022. Any other counsel of record will be served by facsimile transmission and/or first class mail.

/s/ Mark A. Fahleson
Mark A. Fahleson

4892-1600-4135, v. 2